```
LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:08-cr-00064 OWW |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR EXTENSION OF TIME |
| v. | ) FOR GOVERNMENT TO FILE RESPONSE |
| | ) TO DEFENDANT'S MOTION IN LIMINE |
| FAHEEM MUHAMMAD, | ) AND TO CONTINUE HEARING ON THE |
| | ) MOTIONS AND TRIAL CONFIRMATION |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Lawrence G. Brown, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for defendant, that the due date of July 9, 2009 for the government's response to defendants' motions in limine be extended to January 13, 2009. The parties further stipulate and request that the hearing on said motions and the trial confirmation be continued from July 13, 2009 until July 27, 2009.  Trial in this matter is currently set for August 4, 2009.  Thus, the instant request will have no effect on that schedule.

Thus, the government respectfully requests this Honorable Court to issue an order granting an extension of time to file the government's response to defendants' motions in limine to July 13, 2009, and that the hearing on the motions and trial

confirmation be continued to July 27, 2009.

Dated: July 9, 2009                    Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                 By    /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: July 9, 2009                    /s/ Victor Chavez
                                       VICTOR CHAVEZ
                                       Attorney for Faheem Muhammad

    IT IS SO ORDERED.

**Dated:   July 9, 2009**                              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE