```
LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:08-cr-00064 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CHANGE OF PLEA |
| v. ) | HEARING |
| ) | |
| FAHEEM MUHAMMAD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Lawrence G. Brown, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann Voris, attorney for defendant, move for a change of plea hearing to be set for Monday, September 21, 2009.  The defendant has signed a plea agreement that will be filed by Friday, September 18, 2009.  The case is set for a jury trial to begin on October 29, 2009, and the parties will move to vacate that trial date after the defendant has entered a guilty plea.

Dated: September 17, 2009         Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

```
                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: September 17, 2009                  /s/ Victor Chavez
                                           VICTOR CHAVEZ
                                           Attorney for Faheem Muhammad
```

    IT IS SO ORDERED.

**Dated:   September 18, 2009**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE