DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FAHEEM MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> *Plaintiff,* </br></br> v. </br></br> FAHEEM MUHAMMAD, </br></br> *Defendant.* | No. 1:08-cr-0064 OWW </br></br> STIPULATION CONTINUING SENTENCING; ORDER THEREON </br></br> Date:  November 23, 2009 </br> Time:  9:00 a.m. </br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Faheem Muhammad, that the sentencing hearing currently set for November 30, 2009 **may be advanced to November 23, 2009 at 9:00 a.m.**

///

///

///

///

///

///

```
                                            McGREGOR W. SCOTT
                                            United States Attorney


DATED: November 12, 2009          By:   /s/ Kimberly Sanchez
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Counsel for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: November 12, 2009          By:   /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Faheem Muhammad
```

IT IS SO ORDERED.

**Dated:   November 12, 2009**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE