IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FAHEEM MUHAMMAD,<br><br>　　　　　　Defendant. | CASE NO. 1:08-cr-00064 LJO<br><br>ORDER FOR TEMPORARY TRANSFER OF CUSTODY TO STATE OF CALIFORNIA REGARDING WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

　　　　On June 14, 2016, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Faheem Muhammad, F15907361.  The defendant's appearance before the state court judge is necessary on June 22, 2016 at 8:30 a.m. for a preliminary hearing.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Kern County Jail.  His next appearance before the United States Magistrate Court is scheduled for July 6, 2016 at 2:00 p.m.  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is July 6, 2016 for a status conference:

　　　　IT IS HEREBY ORDERED that the United States Marshal shall make available the body of Faheem Muhammad to the deputies of the Fresno County Sheriff's Office or their designated agents to be produced in state court on June 22, 2016 for purposes of his presence at the preliminary hearing, and at any time deemed necessary until the conclusion of People v. Faheem Muhammad, F15907361.

　　　　On June 22, 2016, upon taking custody of Defendant Muhammad Fresno County Sheriff's officials shall transport him to appear in Fresno County Superior Court but shall return him to the custody of the United States Marshal Service at the Federal Courthouse on that same day.

　　　　The Court further orders that any future appearances in People v. Faheem Muhammad, F15907361, shall require the U.S. Marshal Service and the Fresno County Sheriff's Office to confirm with an Assistant

1 U.S. Attorney that no state court appearance conflicts with any federal court appearance.  If no conflict
2 exists, where deemed necessary to appear in <u>People v. Faheem Muhammad</u>, F15907361, the Fresno County
3 Sheriff's Office or their designated agents can produce the defendant for future state court proceedings to be
4 returned immediately thereafter to the Fresno County Jail.
5      Under no circumstances is the defendant to be released from the physical custody of the Fresno
6 County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court
7 Appearances, or upon further order from this court.

8  
9 IT IS SO ORDERED.

10 Dated:   **June 21, 2016**  

                UNITED STATES MAGISTRATE JUDGE