HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FAHEEM KAREEM MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:08-cr-00064 LJO-SKO |
|---|---|---|
| *Plaintiff*, | ) | |
| vs. | ) | **STIPULATION ADVANCING 3rd STATUS CONFERENCE;  ORDER** |
| FAHEEM KAREEM MUHAMMAD, | ) | |
| *Defendant.* | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 6, 2016 before Judge Barbara A. McAuliffe, **may be advanced to June 27, 2016 at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

Counsel for Mr. Muhammad proposes this stipulation because he will be out of the office from July 5, 2016 returning July 12, 2016.

///

///

///

///

///

///

          Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATED:  June 20, 2016          */s/ Kimberly A. Sanchez*
          KIMBERLY A. SANCHEZ
          Assistant United States Attorney
          Attorney for Plaintiff


          HEATHER E. WILLIAMS
          Federal Defender

DATED:  June 20, 2016          */s/ Victor M. Chavez*
          VICTOR M. CHAVEZ
          Assistant Federal Defender
          Attorney for Defendant
          FAHEEM KAREEM MUHAMMAD


**O R D E R**

IT IS SO ORDERED.

Dated:   **June 21, 2016**

          UNITED STATES MAGISTRATE JUDGE