# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAHEEM MUHAMMAD,<br><br>Defendant. | Case No. 1:08-cr-00064-LJO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 55, 56) |

On June 20, 2016, Defendant Faheem Muhammad filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held June 27, 2016. Defendant appeared in custody with counsel Victor Chavez. Laurel Montoya appeared for the government. Rick Tarazon appeared for probation.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, fail to meet his burden that he is neither a flight risk nor a danger to the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and a danger to the community.

IT IS SO ORDERED.

Dated: __June 27, 2016__

UNITED STATES MAGISTRATE JUDGE

1