IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:08CR00064-001 LJO |
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| FAHEEM MUHAMMAD | |
| Defendant. | |

The above named defendant having been sentenced on September 26, 2016,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, October 5, 2016, at 11:30am from the Fresno County Jail to a representative of Turning Point.

IT IS SO ORDERED.

Dated:   **October 4, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE